KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-506 MHP |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 3, 2006 TO MAY 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| AARON PARRA-ANDRADE, ) | |
|     Defendant. ) | |

      The parties appeared before the Court on April 3, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on May 1, 2006 at 10:00 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 3, 2006 (the date on which the Defendant was ordered to file any motions) to May 1, 2006.  The parties agreed, and the Court found and held, as follows:

      1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the defendant's counsel's need to review discovery

STIPULATION AND ORDER
CR 05-506 MHP                           1

1  and both counsel's trial schedules, and would also deny the defendant continuity of counsel.

2      2. Given these circumstances, the Court found that the ends of justice served by

3  excluding the period from April 3, 2006 to May 1, 2006, outweigh the best interest of the public

4  and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period

6  from April 3, 2006 to May 1, 2006, be excluded from Speedy Trial Act calculations under 18

7  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      5. The parties will appear at a status hearing on May 1, 2006, at 10:00 a.m.

9      IT IS SO STIPULATED.

11  DATED: _____     \_\_\_\_\_/s/_____

12                                                               TRACIE L. BROWN
                                                              Assistant United States Attorney

14  DATED: _____     _____/s/_____

15                                                                DAVID FERMINO
                                                              Attorney for Aaron Parra-Andrade

16      IT IS SO ORDERED.

18  DATED: 4/10/2006

                                                              THE HONORABLE MARILYN H. PATEL
                                                              United States District Court

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIPULATION AND ORDER
CR 05-506 MHP                                 2