KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>AARON PARRA-ANDRADE,<br>    Defendant. | No. CR 05-506 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM MAY 8, 2006 TO MAY 22, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

    The parties were scheduled to appear before the Court on May 8, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status or change of plea hearing on May 22, 2006 at 10:00 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 8, 2006 to May 22, 2006. The parties have agreed, and the Court finds and holds, as follows:

    1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account government counsel's trial scheduled for May 15, 2006 and the defendant's counsel's need to review discovery and meet with his client. Failure to grant

STIPULATION AND ORDER
CR 05-506 MHP                         1

1  the requested continuance would also deny the defendant and the government continuity of
2  counsel.
3      2. Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from May 8, 2006 to May 22, 2006, outweigh the best interest of the public
5  and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from May 8, 2006 to May 22, 2006, be excluded from Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(8)(A) & (B)(iv).
9      5. The parties will appear at a status or change of plea hearing on May 22, 2006, at 10:00
10 a.m.
11     IT IS SO STIPULATED.
12
13 DATED: _____          _____/S/_____
                                            TRACIE L. BROWN
14                                          Assistant United States Attorney
15
16 DATED: _____          _____/S/_____
                                            DAVID FERMINO
17                                          Attorney for Aaron Parra-Andrade
18     IT IS SO ORDERED.
19
20 DATED: May 9, 2006

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION AND ORDER
CR 05-506 MHP                           2