1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA  94102
4 | Telephone:  (415) 436-7700

5 | Counsel for Defendant AARON PARRA-ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00506 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| AARON PARRA-ANDRADE, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. The sentencing date in this matter is currently scheduled for October 16, 2006 at ~~10:00~~ 9:00 a.m.

2. The sentencing needs to be continued because there was a delay in the probation interview after undersigned defense counsel was substituted as counsel for Mr. Andrade in August, 2006.  Based on the schedules of defense counsel and the probation officer

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 05-00506 MHP

1       and the parties' availability, the parties request a sentencing date of December 18, 2006

2       at ~~10:00~~ 9:00 a.m., or a date thereafter if the Court wishes.

3       IT IS SO STIPULATED

5 Date: September 27, 2006                  /S/
                                           SHAWN HALBERT
6                                               Assistant Federal Public Defender

8 Date: September 27, 2006                  /S/
                                           TRACIE BROWN
9                                              Assistant United States Attorney

10 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

11 "conformed" signature (/S/) within this e-filed document

13                                    ORDER

14     For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously

15 set by this Court for October 16, 2006 at ~~10:00~~ 9:00 a.m., shall be continued to December 18, 2006 at

16 10:00 a.m.

18 Date:   10/4/2006

19                                   THE HONORABLE MARILYN HALL PATEL
                                    UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 05-00506 MHP